**DISMISS and Opinion Filed September 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-00418-CV**
_____

**IN RE JOHN LANIER BURNS, JR., M.D., ET AL., Relators**

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15866**

## MEMORANDUM OPINION

Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Garcia

Relators' June 4, 2021 petition for writ of mandamus challenges the trial court's net-worth discovery order. On August 26, 2021, relators and real parties in interest jointly moved to dismiss this original proceeding as moot, advising us that real parties have agreed they will not seek to enforce or otherwise use the net-worth discovery order that is the subject of relators' petition for writ of mandamus.

We grant the motion, and we dismiss this original proceeding as moot.

We also lift the stay issued by this Court's June 8, 2021 order.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

210418F.P05